# EXHIBIT A

FILED: JEFFERSON COUNTY CLERK 10/18/2023 01:41 PM    INDEX NO. EF2023-00003778

NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 10/18/2023

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ST. LAWRENCE

KENDRA CLOE,

                  Plaintiff,

      vs.

WALMART, INC.,

                  Defendant.

**FIRST AMENDED SUMMONS**

Index No.:

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, on the Plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Plaintiff designates Jefferson County as the place of trial.

The basis of venue is Plaintiff's residence.

DATED: October 18, 2023

                                       Edward A. Betz
                                       CARLISLE LAW FIRM, P.C.
                                       Attorneys for the Plaintiff
                                       602 State Street
                                       Ogdensburg, New York 13669
                                       Tel. No.: (315) 393-1111
                                       eabetz@carlislefirm.com

TO:    Walmart, Inc.
        702 SW 8TH STREET
        BENTONVILLE, AR, 72716

CARLISLE
LAW FIRM, P.C.

1 of 1

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ST. LAWRENCE

KENDRA CLOE,

                    Plaintiff,

   vs.

WALMART, INC.,

                    Defendant.

**FIRST AMENDED
COMPLAINT**
Index No.:

The Plaintiff, by and through her attorneys, the Carlisle Law Firm, P.C., as and for a Complaint against the Defendant, respectfully alleges the following:



1.     That at all times hereinafter mentioned, the Plaintiff, Kendra Cloe ("Plaintiff") was a resident of the State of New York and the County of Jefferson and resided at 16565 County Route 62, Watertown, New York 13601.



2.     Upon information and belief and at all times relevant to this action, Defendant, Walmart, Inc., was licensed and registered to conduct business in New York State.



3.     Upon information and belief and at all times relevant to this action, Defendant Walmart, Inc., owned a store in Watertown, New York, located at 20823 State Route 3, Watertown, New York 13601.



4.     Upon information and belief, Plaintiff was lawfully patronizing the store located at 20823 State Route 3 on February 14, 2022, when she slipped and fell on a wet and/or icy floor, causing her to sustain serious personal injuries.



6.     The dangerous and defective condition of the premises was in violation of Defendant's duty of care.



CARLISLE
LAW FIRM, P.C.

FILED: JEFFERSON COUNTY CLERK 10/18/2023 01:41 PM    INDEX NO. EF2023-00003778

NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 10/18/2023

7.    Upon information and belief, the Defendant had notice of the defective condition and failed to timely fix it, and/or Defendant created the defective condition.

8.    The aforesaid incident was caused solely as a result of the negligence of the defendant, in failing to properly design, construct, build, repair, inspect and/or maintain their premises.

9.    As a result of the negligence of the Defendant, Plaintiff, Kendra Cloe, has sustained severe and permanent injuries, including, but not limited to, a broken ankle.

**WHEREFORE**, Plaintiff, Kendra Cloe, does hereby demand judgment against Defendant Walmart, Inc. in an amount to be determined by a jury upon the trial of this action, plus costs and disbursements.

DATED:  October 18, 2023

Edward A. Betz
CARLISLE LAW FIRM, P.C.
Attorneys for the Plaintiff
602 State Street
Ogdensburg, New York 13669
Tel. No.: (315) 393-1111
eabetz@carlislefirm.com

TO:    Walmart, Inc.
       702 SW 8TH STREET
       BENTONVILLE, AR, 72716

CARLISLE
LAW FIRM, P.C.