UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KENDRA CLOE,

                    Plaintiff,

     -against-

WALMART, INC.,

                    Defendant.

**STIPULATION OF
DISCONTINUANCE**

Civil Action No. 5:24-cv-00178 FJS/ML

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a party

has an interest in the subject matter of the action, the above-entitled action be, and the same hereby

is, discontinued with prejudice and on the merits without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

DATED: _____ March 27, 2024 _____

_____
EDWARD A. BETZ, ESQ.
CARLISLE LAW FIRM, P.C.
*Attorneys for Plaintiff*
602 State Street
Ogdensburg, New York 13669

DATED: _Apl 18, 2024_

_____
MICHAEL P. CAVANAGH, ESQ.
O'CONNOR, O'CONNOR, BRESEE &
FIRST, P.C.
*Attorneys for Defendant*
20 Corporate Woods Boulevard
Albany, New York 12211

SO ORDERED:

_____
Frederick J. Scullin, Jr.
**Senior United States District Judge**

Date: April 23, 2024